| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Nevins, Ann M. | 2. Court or Organization<br><br>United States Bankruptcy Court District of Connecticut | 3. Date of Report<br><br>8/9/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>157 Church Street, 18th Floor<br>New Haven, Connecticut 06510 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/9/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Shipman & Goodwin, LLP -- Income from Partnership |
| 2. 2017 | Old Dyer Investment, LLC -- Income from LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Womens Insolvency and Restructuring Confederation, Georgia Network | March 16, 2017 through March 17, 2017 | Atlanta, Georgia | Speaker at IWIRC Educational Program in Atlanta, GA | Airfare and hotel room for 1 night |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Account - General Money Market Fund Class B - GMMB | A | Interest | M | T | | | | | |
| 2. People's United Bank Account | A | Interest | M | T | | | | | |
| 3. Northwestern Mutual Annuity (H) | | | | | | | | | |
| 4. - Index 500 Stock (MSA) | A | Distribution | J | T | | | | | |
| 5. - Index 600 Stock (MSA) | A | Distribution | J | T | | | | | |
| 6. - Index 400 Stock (MSA) | A | Distribution | J | T | | | | | |
| 7. - Intntl Equity MSA/Franklin Templeton | A | Distribution | J | T | | | | | |
| 8. - Emerging Markets Equity *MSA/MFS) | A | Distribution | J | T | | | | | |
| 9. - Russell Global Real Estate Securities | A | Distribution | J | T | | | | | |
| 10. -High Yeild Bond (MSA/Federated Invest.Mgm | A | Distribution | J | T | | | | | |
| 11. - Russell Core Bond | A | Distribution | J | T | | | | | |
| 12. - Select Bond (MSA/Wells Capital Mgmt Inc) | A | Distribution | J | T | | | | | |
| 13. Northwestern Mutual SEP (H) | | | | | | | | | |
| 14. - INVESCO Euqally Weighted S&P 500 Fund Class Y - VADDX | A | Dividend | K | T | Sold (part) | 06/01/17 | J | A | |
| 15. - The Growth Fund of America Class F-2 GFFX | A | Dividend | K | T | Sold (part) | 06/01/17 | J | A | |
| 16. - Vanguard Specialized Portfolio Div App ETF - VIG | A | Dividend | K | T | Sold (part) | 06/01/17 | J | A | |
| 17. - ISHARES TR CORE S&P 500 ETF - IVV | A | Dividend | K | T | Sold (part) | 06/01/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - ISHARES TR S&P MC 400VL ETF - IJJ | A | Dividend | K | T | Sold (part) | 01/04/17 | J | B | |
| 19. - ISHARES TR SP SMCP600VL ETF - IJS | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 20. - Capital World Growth and Income - F2 - WGIFX | A | Dividend | K | T | Sold (part) | 06/01/17 | J | A | |
| 21. - Vanguard Total Intl Stock Index ADM - VTIAX | A | Dividend | K | T | Sold (part) | 06/01/17 | J | A | |
| 22. - Vanguard Total Intl Stock Index ADM - VTIAX | | | | | Sold (part) | 10/25/17 | J | A | |
| 23. - Vanguard Intl Equity Index F FTSE EMR MKT ETF - VWO | B | Dividend | K | T | Sold (part) | 06/01/17 | J | A | |
| 24. - Vanguard Intl Equity Index F FTSE EMR MKT ETF - VWO | | | | | Sold (part) | 10/25/17 | J | A | |
| 25. - Vanguard REIT Index Fund Admiral Shares - VGSLX | A | Dividend | K | T | | | | | |
| 26. - Capital World Bond Fund-F2 -- BFWFX | A | Dividend | | | Sold | 08/01/17 | K | A | |
| 27. - Templeton GLBL Bond Fund Adisor Clas - TGBAX | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 28. - Vanguard High Yield Corporate Bond Fund - VWEAX | A | Dividend | L | T | | | | | |
| 29. - Vanguard Interim Term Bond Index Fund Admiral Share - VBILX | A | Dividend | L | T | | | | | |
| 30. - Vanguard Short-Term Bond Index Fund Adminiral Shares - VBIRX | A | Dividend | K | T | | | | | |
| 31. - Vanguard Total Bond Market Index Fund Admiral Shares - VBTLX | B | Dividend | L | T | | | | | |
| 32. - Northwestern Mutual Money Market | A | Interest | J | T | | | | | |
| 33. Vanguard Retirement Account (H) | | | | | | | | | |
| 34. - Target Retirement 2015 - VTXVX | C | Dividend | | | Sold | 03/31/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Target Retirement 2025 - VTTVX | B | Dividend | | | Sold | 03/31/17 | L | | |
| 36. - Target Retirement 2035 - VTTHX | A | Dividend | | | Sold | 03/31/17 | J | | |
| 37. - T Rowe Price Mid Cap Growth Fund - RPMGX | B | Dividend | L | T | Sold (part) | 03/31/17 | L | | |
| 38. - Vanguard Retirement Savings Trust (Money Mkt Acct) | C | Interest | M | T | Sold (part) | 03/31/17 | J | | |
| 39. | | | | | Sold (part) | 06/30/17 | L | | |
| 40. - Vanguard Extended Mkt Index Inv | D | Dividend | L | T | Open | 03/31/17 | K | | |
| 41. | | | | | Buy (add'l) | 06/30/17 | K | | |
| 42. | | | | | Buy (add'l) | 09/30/17 | J | | |
| 43. - Vanguard 500 Index Fund Adm | C | Dividend | M | T | Open | 03/31/17 | M | | |
| 44. | | | | | Buy (add'l) | 06/30/17 | K | | |
| 45. | | | | | Buy (add'l) | 09/30/17 | K | | |
| 46. - Vanguard Total Bond Mkt Index Adm | B | Dividend | M | T | Open | 03/31/17 | L | | |
| 47. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 48. | | | | | Buy (add'l) | 09/30/17 | K | | |
| 49. - Vanguard Total Intl Stock Lx inv | B | Dividend | L | T | Open | 03/31/17 | K | | |
| 50. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 51. | | | | | Buy (add'l) | 09/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Dodge & Cox Intl Stock | B | Dividend | L | T | Open | 03/31/17 | L | | |
| 53.  Certificate of Deposit (H) | | | | | | | | | |
| 54.  - People's United Bank | A | Interest | L | T | Open | 09/23/17 | L | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/9/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/9/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ann M. Nevins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544